No. 99–8344. Townsend v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 99–8349. Wingate v. Texas. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–8350. Wilson v. Ratelle, Warden. C. A. 9th Cir. Certiorari denied.

No. 99–8354. Davis v. United Parcel Service, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 99–8356. Gann v. Alabama Department of Corrections et al. C. A. 11th Cir. Certiorari denied.

No. 99–8357. Geary v. Nevada. Sup. Ct. Nev. Certiorari denied.

No. 99–8360. Greene v. Washington. Sup. Ct. Wash. Certiorari denied.

No. 99–8365. Fields v. Jackson. Sup. Ct. Va. Certiorari denied.

No. 99–8367. Hogue v. Ayers, Warden. C. A. 9th Cir. Certiorari denied.

No. 99–8369. Rochon v. Exxon Corp. C. A. 5th Cir. Certiorari denied.

No. 99–8373. Johnson v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–8374. Garcia Larrinaga v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8375. McWeeney v. Oregon. Ct. App. Ore. Certiorari denied.

No. 99–8376. Bays v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 99–8378. Del Valle Hernandez v. New York City Law Department Corporation Counsel et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.